# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: Jeffrey Weeks           )
                               )
                               )    CASE NO. 16-15872
                               )    CHAPTER 13
              Debtor(s).       )

## NOTICE OF MOTION

TO:   Marily O. Marshall                    Jeffrey Weeks
      224 S. Michigan                       10304 S. Karlow Ave.
      Suite 800                             Oak Lawn, IL 60453
      Chicago, IL  60604                    *Via Regular Certified Mail*
      *By Electronic Notice through ECF*

On June 15, 2016 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Presiding Judge Hollis in Room 615, at 219 South Dearborn, Chicago, Illinois, and shall then and there present this **Motion to Withdraw and Attorney of Record.**

/s/ Chad M. Hayward_____
CHAD M. HAYWARD
205 W. Randolph, Ste. 1310
Chicago, Illinois  60606
(312) 867-3640

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served this notice with its attachment electronically to the trustee and by mailing a copy to the debtor at the above listed address by depositing the same in the U.S. Mail at 205 W. Randolph, Chicago, Illinois  60606 on June 2, 2016.

/s/ Chad M. Hayward_____

<u>Service List</u>

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Numark Cu
P.O. Box 2729
Joliet, IL 60434

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: Jeffrey Weeks            )
                                )
                                )    CASE NO. 16-15872
                                )    CHAPTER 13
            Debtor(s).          )

### MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

NOW COMES Attorney CHAD M. HAYWARD, for his Motion for Leave to Withdraw Appearance for JEFFREY WEEKS in the above-captioned matter, states as follows:

1. The Debtor filed the instant voluntary petition under chapter 13 of the Bankruptcy Code on May 10, 2016.

2. The current residence of DEBTOR JEFFREY WEEKS is 10304 S. Karlow Ave Oak Lawn, IL 60453.

3. Notice of Withdrawal and a copy of this Motion have been sent, by certified mail to said address.

4. The Law Office of Chad Hayward filed the petition on behalf of the Debtor.

5. Debtor JEFFREY WEEKS informed Chad Hayward that he desires the firm discontinue representing him the above reference case.

6. CHAD M. HAYWARD and JEFFREY WEEKS have had a material and irreparable breakdown in their relationship and cannot reach an agreement with respect to procedural and substantive issues so that CHAD M. HAYWARD feels that he cannot effectively and properly litigate this matter on debtor's behalf.

7. The parties feel it is in their best interest for JEFFREY WEEKS to obtain other counsel to represent him in this matter.

WHEREFORE, for the foregoing reasons, CHAD M. HAYWARD respectfully requests that this Court grant his Motion for Withdrawal and that in the event such motion is granted.

                Respectfully Submitted

By: <u>CHAD HAYWARD</u>

      Attorney for Petitioner

Law Office of Chad M. Hayward
205 W. Randolph, Ste. 1310
Chicago, Illinois 60606
(312) 867-3640